STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5018 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

/s/ Stephen V. Wilson
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1  WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2 consolidated for purposes of coordinated pretrial proceedings;
3  WHEREAS, the parties have reached a global settlement of all twenty-two
4 actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5 two actions with prejudice;
6  NOW, THEREFORE, the parties, by and through their attorneys of record,
7 and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8 that this MDL and the following member actions are hereby dismissed with
9 prejudice:
10  (1)  *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11 (RCx) (Chicago Region);
12  (2)  *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13 SVW (RCx) (New York/New Jersey Region);
14  (3)  *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15 SVW (RCx) (Boston Region);
16  (4)  *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17 2:05-cv-06704-SVW-VBK (Los Angeles Region);
18  (5)  *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19 04987-SVW-VBK (Denver Region).
20  (6)  *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21 SVW (RCx) (South Florida Region);
22  (7)  *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23 2382-SVW (RCx) (Philadelphia Region);
24  (8)  *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25 SVW (RCx) (Northern California Region);
26  (9)  *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27 SVW (RCx) (Michigan Region);
28

1   (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer F. Connolly |
| 4 | | Jennifer F. Connolly |
| | | 1629 K St. NW, Suite 300 |
| 5 | | Washington, D.C. 20006 |
| | | Tel.: (202) 355-6435 |
| 6 | | Fax: (202) 355-6455 |
| | | E-mail: JenniferC@hbsslaw.com |
| 7 | | |
| | | Elaine T. Byszewski |
| 8 | | Lee M. Gordon |
| | | HAGENS BERMA SOBOL SHAPIRO LLP |
| 9 | | 700 South Flower Street, Suite 2940 |
| | | Los Angeles, CA 90017 |
| 10 | | Tel.: (213) 330-7150 |
| | | Fax: (213) 330-7150 |
| 11 | | E-mail: Lee@hbsslaw.com |
| 12 | | Elaine@hbsslaw.com |
| 13 | | Steve W. Berman |
| | | George Sampson |
| 14 | | Tyler Weaver |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | | 1918 Eighth Ave., Suite 3300 |
| | | Seattle, WA 98101 |
| 16 | | Tel.: (206) 623-7292 |
| | | Fax.: (206) 623-0594 |
| 17 | | Email: steve@hbsslaw.com |
| | | george@hbsslaw.com |
| 18 | | tyler@hbsslaw.com |
| 19 | | Kenneth A. Wexler |
| | | Mark R. Miller |
| 20 | | WEXLER WALLACE LLP |
| | | 55 W. Monroe, Suite 3300 |
| 21 | | Chicago, IL 60603 |
| | | Tel.: (312) 346-2222 |
| 22 | | Fax: (312) 346-0022 |
| | | E-mail: kaw@wexlerwallace.com |
| 23 | | mrm@wexlerwallace.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

*Co-Lead Counsel and Executive Committee Members*

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
            kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

*Executive Committee Members*

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |

By: /s/ Jonathan M. Jacobson
Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone: (310) 586-3200

**Attorneys for Defendants**