STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5018 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

*[signature]*
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1  WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3  WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6  NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10  (1) *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12  (2) *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14  (3) *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16  (4) *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18  (5) *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20  (6) *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22  (7) *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24  (8) *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26  (9) *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

   (10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

   (11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

   (12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

   (13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

   (14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

   (15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

   (16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

   (17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

   (18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

   (19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

   (20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

   (21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

   (22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | |
|---|---|
| Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
mrm@wexlerwallace.com

| | |
|---|---|
| 1 | Lee Squitieri |
| 2 | Olga A. Pettigrew<br>SQUITIERI & FEARON LLP |
| 3 | 32 East 57th Street, 12th Floor<br>New York, NY 10022 |
| 4 | Tel.: (212) 421-6492<br>Fax: (212) 421-6553 |
| 5 | E-mail: lee@sfclasslaw.com |
| 6 | ***Co-Lead Counsel and Executive Committee Members*** |
| 7 | |
| 8 | Jeffrey Kodroff<br>SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C. |
| 9 | 1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| 10 | Tel.: (215) 496 0300<br>Fax: (215) 496 6611 |
| 11 | E-mail: jkodroff@srkw-law.com |
| 12 | Nicholas Chimicles |
| 13 | Kimberly Donaldson<br>CHIMICLES & TIKELLIS LLP |
| 14 | 361 W. Lancaster Avenue<br>Haverford, PA 19401 |
| 15 | Tel.: (610) 642-8500<br>Fax: (610) 649-3633 |
| 16 | E-mail:  nick@chimicles.com<br>            kimdonaldson@chimicles.com |
| 17 | Lance Harke |
| 18 | HARKE & CLASBY<br>9699 NE Second Avenue |
| 19 | Miami, FL 33138<br>Tel.: (305) 536-8220 |
| 20 | Fax: (305) 536-8229<br>E-mail: lharke@harkeclasby.com |
| 21 | Hollis Salzman |
| 22 | LABATON SUCHAROW<br>140 Broadway |
| 23 | New York, NY 10005<br>Tel.:(212) 907-0700 |
| 24 | Fax:(212) 818-0477<br>E-mail: hsalzman@labaton.com |
| 25 | ***Executive Committee Members*** |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   /s/ Jonathan M. Jacobson<br>Jonathan M. Jacobson<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019<br>Telephone:  (212) 999-5800<br>Facsimile:  (212) 999-5899<br><br>Colleen Bal<br>Wilson Sonsini Goodrich & Rosati PC<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 493-8111<br><br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C<br>Harvey I. Saferstein<br>2029 Century Park East, Suite 1370<br>Los Angeles, California 90067<br>Telephone:  (310) 586-3200<br><br>***Attorneys for Defendants*** |